IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01331-MSK-MJW

JOSEPH D. MUSSO, SR.,

        Plaintiff,

v.

DAN L. CORSENTINO, in his capacity as Sheriff of Pueblo County, Colorado,

        Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME (#27)

THIS MATTER comes before the Court on the Defendant's Amended Unopposed Motion for Extension of Time **(#27)**.  Because the motion is unopposed and the requested extension of time will not impact the June 2007 trial date, the Court

**HEREBY ORDERS** that the motion **(#27)** is **GRANTED**.  The Defendant's reply in support of his motion for summary judgment may be filed on or before January 3, 2006.

Dated this 21st day of December, 2005

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge