IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01331-MSK-MJW

JOSEPH D. MUSSO, SR.,

    Plaintiff,

v.

DAN L. CORSENTINO, in his capacity as Sheriff of Pueblo County, Colorado,

    Defendant.

## ORDER OF DISMISSAL, WITH PREJUDICE

THE COURT, having reviewed the Stipulated Motion to Dismiss, With Prejudice, as filed by the parties, having reviewed the file, and being fully advised in the premises,

DOES HEREBY ORDER that this case be and is hereby dismissed, with prejudice, each party to pay their own costs.

Dated this 26th day of January, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge